IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLORIA WARREN   PLAINTIFF

VS.                                          NO. 3:05CV260 GTE
(Removed from Crittenden County
Circuit Court No. CV-2005-645)

STATE FARM FIRE AND CASUALTY COMPANY
AND COUNTRYWIDE HOME LOANS, INC.      DEFENDANTS

## ORDER OF DISMISSAL

The plaintiff, Gloria Warren, seeks a dismissal with prejudice of this action as to Countrywide Home Loans, Inc. ("Countrywide") pursuant to Ark. R. Civ. P. 41. The case as to Countrywide is hereby dismissed with prejudice.

IT IS SO ORDERED.

/s/ Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE

June 15, 2006
DATE

SUBMITTED BY:

FOGLEMAN AND ROGERS
P.O. Box 1666
Memphis, Arkansas  72303


By:   /s/ Joe M. Rogers
      Joe M. Rogers
      Attorneys for Gloria Warren

WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
(501) 376-9442 FAX


By:   /s/ Judy S. Henry
      Judy Simmons Henry (84069)
      Attorneys for Countrywide Home Loans, Inc.

c:        Joe M. Rogers
Matthew Coe
FOGLEMAN AND ROGERS
P.O. Box 1666
Memphis, Arkansas   72303
*Attorneys for Gloria Warren*

John E. Moore
Sarah Greenwood
HUCKABAY, MUNSON, ROWLETT
  & MOORE, P.A.
400 West Capitol, Suite 1900
Little Rock, Arkansas 72201
*Attorneys for State Farm Fire and Casualty Company*

Ms. Judy Simmons Henry
Wright, Lindsey & Jennings LLP
200 West Capitol Ave., Ste. 2300
Little Rock, AR  72201
*Attorneys for Countrywide Home Loans*