UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLORIA WARREN                                                                                          PLAINTIFF

v.                                        CASE NO. 3:05-CV-260 GTE

STATE FARM FIRE AND CASUALTY COMPANY                                      DEFENDANT

**ORDER ON MOTION FOR STAY**

Presently before the Court is Defendant's Motion for Stay Pending Motion for Set-Off and Motion to Amend Judgment. Plaintiff has informed the Court that she consents to the motion.

Accordingly,

IT IS THEREFORE ORDERED that Defendant's Motion for Stay (Docket No. 78) be, and it is hereby, GRANTED.

Dated this 14th day of March, 2007.

/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE

1