UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLORIA WARREN                                                                                              PLAINTIFF

v.                                         CASE NO. 3:05-CV-260 GTE

STATE FARM FIRE AND CASUALTY COMPANY                                               DEFENDANT

## JUDGMENT

Pursuant to the jury's finding, rendered on February 7, 2007, in favor of Plaintiff, and the Order of this Court on this date, it is Considered, Ordered and Adjudged that Plaintiff Gloria Warren have and recover from Defendant State Farm Fire and Casualty Company the sum of Forty-Nine Thousand Seven Hundred Fifty-Seven Dollars and Seven Cents ($49,757.07), which consists of Twenty-Five Thousand Six Hundred Sixty-Eight Dollars and Nineteen Cents ($25,668.19),[1] Fifteen Thousand Dollars ($15,000) in personal property damages and Five Hundred Dollars ($500) in additional living expenses, together with Eight Thousand Five Hundred Eighty-eight Dollars and Eighty-eight Cents ($8,588.88) in statutory penalties. The Court also awards prejudgment interest on $56,074 at a rate of six percent per annum from May 16, 2005, plus post-judgment interest accruing at the rate of 4.93%[2] per annum from this date forward.

---

[1] $56,074.00 less the $30,405.81 setoff awarded.

[2] 28 U.S.C. § 1961 ("Interest shall be allowed on any money judgment in a civil case recovered in a district court. . . . Such interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment.").

1

The parties are further directed to confer to determine if agreement can be reached on the amount of Plaintiff's attorneys' fees and, if not, Plaintiff is directed to submit a motion[3] and an affidavit detailing the basis for the fee requested, with Defendant to respond in detail.

Dated this 26th day of March, 2007.

/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE

---

[3]*See* Federal Rule of Civil Procedure 54 and Local Rule 54.1.